```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CHERLYN PATTI KILPATRICK                    :
                                            :
                        Plaintiff,          :
                                            :
        -against-                           :   20-cv-5870 (VEC)
                                            :
                                            :   ORDER
NATIONAL RAILROAD PASSENGER CORP.,          :
                                            :
                        Defendant.          :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the pre-trial conference currently scheduled for May 27, 2022, at 11:00 a.m., is ADJOURNED to **Friday, June 17, 2022, at 11:00 a.m.** At the scheduled time, counsel for all parties should call 888-363-4749, Access code 3121171#, Security code **5870**. The parties' joint letter is due by no later than **June 9, 2022**.

**SO ORDERED.**

Date:  April 28, 2022                                      _____
       New York, New York                                        **VALERIE CAPRONI**
                                                            **United States District Judge**