

# POOLSON | ODEN
### RAILROAD INJURY ATTORNEYS

**DANIEL J. "DANNY" POOLSON, JR.** *†
**CARISA RENÉE GERMAN-ODEN**
* ALSO LICENSED IN MISSISSIPPI
† ALSO LICENSED IN TEXAS

**ONE LAKEWAY**
**3900 N. CAUSEWAY BLVD., STE. 680**
**METAIRIE, LOUISIANA 70002**
OFFICE: (504) 766-2200
FACSIMILE: (504) 766-2070
DANNY@POOLSONODEN.COM
CARISA@POOLSONODEN.COM
WWW.POOLSONODEN.COM

**MEMO ENDORSED**

May 5, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2022

<u>*Via ECF Electronic Filing*</u>
The Honorable Valerie Caproni
USDC, Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Kilpatrick v. Amtrak*
             USDC, SDNY, No. 1:20-cv-05870; P|O File No. 20-1048

Dear Judge Caproni,

    Pursuant to your Individual Practices in Civil Cases (1)(C), *Requests for Adjournments or Extensions of Time*, Plaintiff respectfully requests a brief continuance of the current deadline for fact discovery in this matter to complete one remaining deposition in the matter. As outlined in your Individual Practices, we submit the following:

    Under the updated Scheduling Order, all fact discovery must be completed by May 4, 2022, with a Pre-trial conference on June 17, 2022 (R. Doc. 27). All expert discovery, including reports, production of underlying documents and depositions, is scheduled to be completed by June 15, 2022.

    Plaintiff requests a brief extension of the discovery deadline to complete the deposition of Ms. Francis Williams. The deposition of Ms. Williams was scheduled for May 3, 2022. However, undersigned counsel had an uncurable conflict and requested additional deposition dates from Amtrak's counsel. Amtrak's counsel is currently procuring additional dates. Further, Amtrak is supplementing discovery with documents requested by Plaintiff's counsel for Ms. Williams' deposition. Amtrak does not have an objection to this brief extension.

    Plaintiff is requesting a brief fact discovery continuance until the date of the mediation in this case, June 3, 2022, to complete the deposition of Ms. Williams. Please let me know if there is any further information that you require.

    Thank you for your time and attention to this matter, and with kind regards, I remain

                                                             Very truly yours,

                                                             Carisa German-Oden

CGO/klw
cc:    Mina Miawad

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*  Date: 5/9/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE